UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 21, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MISON WOO,

        Defendant.

Case No.  2:23-mj-00162-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MISON WOO, Case No. 2:23-mj-00162-JDP, Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 25,000.00

        _X_ Unsecured Appearance Bond $ 25,000.00

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        (Other): The defendant is ordered to be released on 12/22/2023 at

        _X_ 9:00 a.m. and is directed to report immediately to the Pretrial Services Office.

Sacramento County Jail is further ORDERED to release the defendant with a

_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 21, 2023 at 2:37 p.m.

By: _/s/ Jeremy Peterson_

Magistrate Judge Jeremy D. Peterson