|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 22, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MISON WOO,

        Defendant.

Case No.  2:23-mj-00162-JDP

**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MISON WOO, Case No. 2:23-mj-00162-JDP, Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 25,000.00

        __X__ Unsecured Appearance Bond $ 25,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other): The defendant is ordered to be released on 12/26/2023 at

        __X__ 9:00 a.m. and is directed to report immediately to the Pretrial Services Office.

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 22, 2023 at 10:05 a.m.

By: _____

Magistrate Judge Jeremy D. Peterson